In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00116-CV

                                                ______________________________

 

 

 

                                           IN THE
MATTER OF J.L.F.

 

 

                                                                                                  


 

 

                                    On Appeal from the County
Court at Law Number 1

                                                              Hunt County, Texas

                                                           Trial
Court No. J-01634

 

                                                          
                                        

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                     MEMORANDUM 
OPINION

 

            J.L.F., a juvenile, has filed a
motion to dismiss his appeal.  The motion
is signed by J.L.F. and by his attorney. 
We grant the motion and dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1).  

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          March
15, 2010

Date Decided:             March
16, 2010